UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDITA MACUKU, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiff,

Civil Action No 21-cv-2505

**AFFIDAVIT OF SERVICE**

-vs-

MILL-RUN TOURS, INC. d/b/a MILL-RUN TOURS,
and ISSAM SAWAYA, Jointly and Severally,

        Defendant.
-----------------------------------------------------------X

STATE OF NEW YORK  )
        S.S.
COUNTY OF NEW YORK)

        **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 25th day of March, 2021, at approximately the time of 2:34pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; AND CLASS & COLLECTIVE ACTION COMPLAINT** upon **ISSAM SAWAYA** at 424 Madison Avenue, 11th Floor, New York, NY 10017, by personally delivering and leaving the same with **ISSAM SAWAYA** at that address. At the time of service, deponent asked **ISSAM SAWAYA** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

**ISSAM SAWAYA** is a white male, approximately 60 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 200 pounds with light eyes, bald head, glasses and is seated.

*[signature]*

HECTOR FIGUEROA, #0870141

Sworn to before me this
29th day of March, 2021

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com