

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

November 15, 2021

**VIA ECF**

Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Macuku et al. v. Mill-Run Tour, Inc., et al.*
        No. 21-CV-2505

Dear Judge Abrams:

This firms represents Defendants  Mill-Run Tours, Inc. and Issam Sawaya (the "Defendants") in the above-referenced Action. We write to request a 10-day deadline to submit the parties' settlement agreement for *Cheeks* approval. Plaintiff does not object to the request and this is the parties' first request for an adjournment of this deadline.  The adjournment will affect no other deadlines in this Action.

We thank the Court for its attention to this matter.

Shareholder

Enclosures

Application granted. The parties are ordered to file the settlement agreement for the Court's approval on or before November 29, 2021.

SO ORDERED.

_____
Hon. Ronnie Abrams
11/16/2021